UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **ROBERT PENDERGRASS,** | ) |
| **Plaintiff,** | ) ) ) |
| vs. | ) Case No. 4:21-CV-1079 PLC ) |
| **UNITED FIRE and CASUALTY COMPANY,** | ) ) ) |
| **Defendant.** | ) ) |

## MEMORANDUM AND ORDER

This matter is before the Court on a motion to quash subpoena duces tecum [ECF No. 36] filed by non-party Menard, Inc. (Menards). On May 13, 2022, Thomas J. Plunkert, the designated neutral, filed an Alternative Dispute Resolution Compliance Report stating the parties participated in ADR and reached a settlement. [ECF No. 35]

Under Federal Rule of Civil Procedure 45(d), Menards asks this Court to quash a subpoena Defendant served on Menards that directs it to produce certain specified documents at Defendant's counsel's law office in Kansas City, Missouri, at 2:00 p.m. on May 27, 2022. [ECF No. 36-1] Defendant does not oppose Menards' motion. In light of the parties' anticipated settlement and Defendant's lack of objection to the motion,

**IT IS HEREBY ORDERED** that Menard's motion to quash [ECF No. 36] is **GRANTED**.

PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 26th day of May, 2022.